# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

MADIANNE EDOUARD,

Appellant,

v.

MICKSON LOUIS,

Appellee.

No. 2D23-896

_____

January 3, 2024

Appeal pursuant to Fla. R. App. P. 9.030(b) from the Circuit Court for Hillsborough County; Melissa M. Polo, Judge.

Jeffrey E. Appel of Dickstein Law, Tampa, for Appellant.

John-Paul Green of The Law Offices of Stephen K. Hachey, P.A., Riverview for Appellee.

PER CURIAM.

    Affirmed.

LaROSE, KHOUZAM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.